# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 252 WAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DONALD J. MCCLELLAND, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of January, 2018, the Petition for Allowance of Appeal

is **GRANTED**. The issue, slightly rephrased for clarity, is:

> [W]hether the Superior Court panel failed to properly apply and follow the
> legal precedent set forth in *Commonwealth ex rel. Buchanan v. Verbonitz*,
> 581 A.3d 172, 174-76 (Pa. 1990) in which five (5) Justices held that
> "fundamental due process requires that no adjudication be based solely
> on hearsay evidence."